IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JACQUES WRIGHT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-2361-STA-egb |
| | ) | |
| CHERRY LINDMOOD, | ) | |
| | **)** | |
| Respondent. | ) | |

ORDER TRANSFERRING SUCCESSIVE HABEAS PETITION TO UNITED STATES
COURT OF APPEALS FOR THE SIXTH CIRCUIT

On May 22, 2017, Petitioner Jacques Wright filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) The Petition is Wright's seventh successive Petition. (*See Wright v. Lindamood*, 15-cv-2075, ECF No. 7 (cataloguing Wright's successive petitions)).

The Petition is therefore **TRANSFERRED** to the Court of Appeals for the Sixth Circuit. *See In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997). The Court notes that the Tennessee felony offender website reports that Wright is no longer in custody.

   **IT IS SO ORDERED**.

                         **s/ S. Thomas Anderson**
                         S. THOMAS ANDERSON
                         CHIEF UNITED STATES DISTRICT JUDGE

                         Date: March 15, 2018